Stephen C. Chuck, Esq. SBN 119612
Keith Ameele, Esq. SBN 221927
**Foley & Mansfield PLLP**
150 South Los Robles Avenue, Suite 400
Pasadena, California 91101
Telephone: (626) 744-9359

Attorneys for Defendant
**EVANSTON INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORIZONS FINANCIAL SERVICES, INC. and KEN FORD,<br><br>Plaintiffs,<br>v.<br><br>EVANSTON INSURANCE COMPANY and DOES 1-20 inclusive,<br><br>Defendants. | Case No.   2:06-cv-1885-MCE-GGH<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANT EVANSTON INSURANCE COMPANY** |

    Plaintiffs Horizons Financial Services, Inc., Ken Ford and Defendant Evanston Insurance Company have negotiated a settlement in this case.  The parties by and through their respective counsels of record agree to stipulate to dismiss the case against Evanston Insurance Company only with prejudice, each party to bear his own costs and fees.

///
///
///
///
///

**SO STIPULATED**

DATED:   February 26, 2007				LAW OFFICES OF MORALES & GARY

/s/ William Reeves
_____
William Reeves, Attorney for Plaintiff
Horizons Financial Service and Ken Ford


DATED:   February 26, 2007				FOLEY & MANSFIELD

/s/ Stephen C. Chuck
_____
Stephen C. Chuck
Attorney for Defendant Evanston Insurance
Company

(**original signatures were scanned and attached hereto.)

## **ORDER**

Pursuant to the foregoing Stipulation,

**IT IS HEREBY ORDERED THAT** Plaintiff's action against Evanston Insurance Company is dismissed with prejudice.

Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE